AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| *Government* | ) |
| v. | ) Case No. |
| Emir Balat | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Emir Balat.

Date: 03/09/2026

/s/ Mehdi Essmidi
*Attorney's signature*

Mehdi Essmidi 5454426
*Printed name and bar number*

The Law Offices of Mehdi Essmidi P.L.L.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
*Address*

Mehdi@lawofficesofmehdiessmidi.com
*E-mail address*

(917) 905-2527
*Telephone number*

(917) 791-9847
*FAX number*