UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

THE UNITED STATES OF AMERICA

                                                                       **CASE NO.:** TBD

      - against -

                                                          **APPEARANCE**
                                                          **OF COUNSEL**

**IBRAHIM KAYUMI**

                                      Defendant.
------------------------------------------------------------------------X

TO: The Clerk of Court and all parties of record I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for **IBRAHIM KAYUMI**.

Dated:     New York, NY
               March 9, 2026

                                                          /S/_____
                                                          Todd A. Spodek
                                                          Spodek Law Group, P.C.
                                                          The Woolworth Building
                                                          233 Broadway, Suite 710
                                                          New York, NY 10279
                                                          Mobile: (347) 292-8633
                                                          Office: (212) 300-5196
                                                          Fax: (212) 300-6371
                                                          ts@spodeklawgroup.com

TO:    All Counsel (By ECF).